58 So.2d 905

**Henry B. GWYNN v. Susanne Robinson GWYNN.**

**1 Div. 496.**

Supreme Court of Alabama.

April 8, 1952.

PER CURIAM.

Appeal dismissed, motion of appellant.

59 So.2d 926

**Ex parte Dilbert G. HICKS et al.**

**8 Div. 650.**

Supreme Court of Alabama.

May 2, 1952.

Rushton, Stakely & Johnston, Montgomery, and Brown, Scott & Dawson, Scottsboro, for petitioners.

PER CURIAM.
Writ granted.

LIVINGSTON, C. J., and BROWN, FOSTER and STAKELY, JJ., concur.

58 So.2d 905

**In re J. P. MUDD and Marguerite W. MUDD.**

**6 Div. 362.**

Supreme Court of Alabama.

Dec. 4, 1951.

J. P. Mudd, Birmingham, for petitioners.

PER CURIAM.
Petition granted conditioned upon execution of bond.

LIVINGSTON, C. J. and BROWN, LAWSON, SIMPSON and STAKELY, JJ., concur.

58 So.2d 905

**PARAMOUNT–RICHARDS ENTERPRISES, Inc. v. STATE.**

**3 Div. 503.**

Supreme Court of Alabama.

May 1, 1952.

John W. Lapsley, Selma, and Godbold & Hobbs, Montgomery, for appellant.

Si Garrett, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., for appellee.

FOSTER, Justice.

The decree of the lower court is reversed and the cause remanded on the authority of Paramount-Richards Theatres, Inc. v. State, 256 Ala. 515, 55 So.2d 812.

Reversed and remanded.

LIVINGSTON, C. J., and SIMPSON and STAKELY, JJ., concur.

BROWN, J., dissents.

59 So.2d 926

**F. D. PIERCE v. Jas. W. AIRD, Exr. et al.**

**6 Div. 271–A.**

Supreme Court of Alabama.

April 22, 1952.

PER CURIAM.
Appeal dismissed.
All the Justices concur.